IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA ALLEN,

    Plaintiff,

v.

BAYSHORE MALL, et al.,

    Defendants.

                                                  /

No. C 12-02368 JSW

**ORDER**

        The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

        The parties are directed to meet and confer regarding reassignment and to file, on or before September 13, 2012, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

        The Court FURTHER ORDERS that the case management conference currently set for August 24, 2012 is CONTINUED to November 2, 2012 at 1:30 p.m. The Court denies the request to appear by telephone at the case management conference scheduled for August 24, 2012 as moot. However, the Court admonishes counsel that future requests to the Court,

including requests to appear by telephone, require an explanation in support of the request and usually require a showing of good cause.

**IT IS SO ORDERED.**

Dated: August 22, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE