AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California, San Francisco Division

Jessica Allen
    Plaintiff(s),
v.
Bayshore Mall
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-02368-JSW

Notice is hereby given that, subject to approval by the court, __Plaintiff Jessica Allen__ substitutes
(Party (s) Name)

__Patrick J. Hagan, Dillingham & Murphy, LLP__, State Bar No. __68264__ as counsel of record in
(Name of New Attorney)

place of __Kenneth J. Collins, Law Office Of Kenneth J. Collins__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Dillingham & Murphy, LLP
    Address: 601 California Street, Suite 1900, San Francisco, CA 94108-2824
    Telephone: (415) 397-2700    Facsimile (415) 397-3300
    E-Mail (Optional): pjh@dillinghammurphy.com

I consent to the above substitution.
Date: 1-17-13
(Signature of Party (s))

I consent to being substituted.
Date: 1-17-13
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: Jan. 22, 2013
Patrick J. Hagan
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: January 24, 2013
Jeffrey S. White, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]