AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California, San Francisco Division

| | |
|---|---|
| Jessica Allen<br>Plaintiff (s),<br>v.<br>Bayshore Mall<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:12-cv-02368-JSW |

Notice is hereby given that, subject to approval by the court, __Plaintiff Jessica Allen__ substitutes
(Party (s) Name)

__Patrick J. Hagan, Dillingham & Murphy, LLP__ , State Bar No. __68264__ as counsel of record in
(Name of New Attorney)

place of __Kenneth J. Collins, Law Office Of Kenneth J. Collins__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dillingham & Murphy, LLP
Address: 601 California Street, Suite 1900, San Francisco, CA 94108-2824
Telephone: (415) 397-2700    Facsimile (415) 397-3300
E-Mail (Optional): pjh@dillinghammurphy.com

I consent to the above substitution.
Date: 1-17-13
(Signature of Party (s))

I consent to being substituted.
Date: 1-17-13
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: Jan. 22, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: January 24, 2013
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]