AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California, San Francisco Division |

Jessica Allen

Plaintiff(s),

v.

Bayshore Mall

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-02368-JSW

Notice is hereby given that, subject to approval by the court, __Plaintiff Jessica Allen__ substitutes
(Party(s) Name)

__Jack C. Henning, Dillingham & Murphy, LLP__, State Bar No. __139658__ as counsel of record in
(Name of New Attorney)

place of __Kenneth J. Collins, Law Office Of Kenneth J. Collins__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:       Dillingham & Murphy, LLP
 Address:         601 California Street, Suite 1900, San Francisco, CA 94108-2824
 Telephone:       (415) 397-2700           Facsimile  (415) 397-3300
 E-Mail (Optional): jch@dillinghammurphy.com

I consent to the above substitution.
Date:  1-17-13

(Signature of Party(s))

I consent to being substituted.
Date:  1-17-13

(Signature of Former Attorney(s))

I consent to the above substitution.
Date:  01-22-13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  January 24, 2013

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]