AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California, San Francisco Division__

| | |
|---|---|
| Jessica Allen<br>  Plaintiff(s),<br>V.<br>Bayshore Mall<br>  Defendant(s). | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:12-cv-02368-JSW |

Notice is hereby given that, subject to approval by the court, __Plaintiff Jessica Allen__ substitutes
(Party (s) Name)

__Jack C. Henning, Dillingham & Murphy, LLP__, State Bar No. __139658__ as counsel of record in
(Name of New Attorney)

place of __Kenneth J. Collins, Law Office Of Kenneth J. Collins__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Dillingham & Murphy, LLP
Address:       601 California Street, Suite 1900, San Francisco, CA 94108-2824
Telephone:     (415) 397-2700           Facsimile  (415) 397-3300
E-Mail (Optional):  jch@dillinghammurphy.com

I consent to the above substitution.
Date:  1-17-13
                                        _(Signature of Party (s))_

I consent to being substituted.
Date:  1-17-13
                                        _(Signature of Former Attorney (s))_

I consent to the above substitution.
Date:  01-22-13
                                        Jack C. Henning
                                        _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:  January 24, 2013                 Jeffrey S. White
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]