UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALLEN | No. C-12-02368 JST (DMR) |
| Plaintiff(s), | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| BAYSHORE MALL | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated May 1, 2014, Defendants requested that AIG adjuster Crystal Matthews be excused from personally appearing at the settlement conference scheduled for May 5, 2014. No opposition was filed by any party.

Upon consideration of the request, the court finds good cause for excusing personal attendance. Therefore, IT IS HEREBY ORDERED that Ms. Matthews be available by telephone from 11:00 a.m. Pacific Time until further notice on May 5, 2014.

If the court concludes that the absence of Ms. Matthews is interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
DONNA M. RYU
United States Magistrate Judge