UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYSHORE MALL, et al.,<br><br>        Defendants. | Case No. 12-cv-02368-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 142 |

    The record reflects that this matter was fully settled before Magistrate Judge Ryu at a settlement conference held May 5, 2014.  ECF No. 142.  Accordingly, all deadlines and hearings in this case are VACATED.  By June 19, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

    The Court also hereby SETS a case management conference on July 9, 2014, which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: May 6, 2014

                                          JON S. TIGAR
                                     United States District Judge