# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALLEN,<br>          Plaintiff,<br>     v.<br>BAYSHORE MALL, et al.,<br>          Defendants. | Case No.  12-cv-02368-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 144, , 146 |

The parties have filed a stipulation of dismissal dated July 8, 2014, stating that they have agreed to a settlement of this action.  ECF No. 146.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The case management conference set for July 9, 2014 is VACATED and all other pending motions are hereby TERMINATED.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 8, 2014

_____
JON S. TIGAR
United States District Judge